UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTONIUS-DAMASCUS: RAELUND ET AL,<br><br>                Plaintiffs,<br><br>vs.<br><br>ERICK M. ENZ ET AL,<br><br>                Defendants. | Case No. CV-17-056-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendations is ADOPTED IN FULL. This case is DISMISSED for lack of subject matter jurisdiction.

      Dated this 31st day of August, 2017.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ A. Puhrmann
                                    A. Puhrmann, Deputy Clerk